IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Kenneth Bethany,

     Plaintiff

v.

MSC Weatherly, LLC, MSC
Properties, LCC, and MSC Terra,
LLC,

     Defendants.

_____/

Case No. 1:17-cv-04018

Michael L. Brown
United States District Judge

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT (DKT. 13)

This matter is before the Court on the Parties' Joint Motion to Approve the Settlement Agreement (the "Joint Motion"). (Dkt. 13). The case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act. The Parties have reached a settlement agreement ("Agreement").

In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute

over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).   A settlement entered into in an adversarial context where both sides are represented by counsel "is more likely to reflect a reasonable compromise of disputed issues." *Id.* at 1354.

Upon review of the terms of the proposed Agreement, including the amounts to be received by Plaintiff and the attorneys' fees and costs to be received by counsel, the Court finds that the Agreement is a fair and reasonable resolution of the dispute.

Accordingly, the Court **GRANTS** the Joint Motion (Dkt. 13) and **APPROVES** the Agreement, the terms of which are hereby incorporated into this Order as the stipulated judgment in this case.   (Dkt. 13-1). The instant action is hereby **DISMISSED WITH PREJUDICE**.   The Court retains jurisdiction to enforce the terms of the Agreement upon motion of either party.   The clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: February 14, 2018
Atlanta, Georgia

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE